UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL HOUSE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ANDRE MATEVOUSIAN, et al,<br><br>　　　　　Defendants. | Case No.: 1:17-cv-01698 SAB (PC)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS FOR A PRISONER, OR PAY FILING FEE<br>**WITHIN 45 DAYS** |

Plaintiff Darryl House is a federal prisoner proceeding pro se in a civil rights action pursuant to <u>Bivens vs. Six Unknown Agents</u>, 403 U.S. 388 (1971).

Plaintiff initiated this action on December 18, 2017. (ECF No. 1.) At that time, Plaintiff also submitted a handwritten document requesting to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (ECF No. 2.) However, the Court requires an application to proceed in forma pauperis be submitted on its form, which seeks the information necessary for the Court to determine whether to grant or deny the request. Therefore, the Court will deny Plaintiff's motion to proceed in forma pauperis without prejudice, and require him to complete the appropriate form.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to proceed in forma pauperis, filed on December 18, 2017 (ECF No. 2), is denied, without prejudice;

2. The Clerk's Office shall send to plaintiff the form for application to proceed in forma pauperis for a prisoner;

1

3. Within **forty-five (45) days** of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action; and

4. <u>Plaintiff is warned that the failure to comply with this order will result in a recommendation for dismissal of this action.</u>

IT IS SO ORDERED.

Dated: __**December 21, 2017**__

UNITED STATES MAGISTRATE JUDGE