UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL HOUSE,<br><br>            Plaintiff,<br><br>    v.<br><br>ANDRE MATEVOUSIAN, et al,<br><br>            Defendants. | Case No.: 1:17-cv-01698 SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT<br><br>[ECF No. 15] |

Plaintiff Darryl House is a federal prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to <u>Bivens vs. Six Unknown Agents</u>, 403 U.S. 388 (1971).

On March 7, 2018, Plaintiff filed a motion to proceed in forma pauperis in this case. Inasmuch as Plaintiff's application to proceed in forma pauperis in this action was granted on February 2, 2018, Plaintiff's present motion is denied as moot.

IT IS SO ORDERED.

Dated:   **March 8, 2018**

                                
UNITED STATES MAGISTRATE JUDGE